aioTV

Product   Service Providers   Applications   About Us                 Contact Us

Posted on March 21, 2012                                    ← Previous   Next →

# aioTV launches aioCloud and aioPro, enabling Providers to offer a branded OTT experience in 24 hours at no cost

aioTV launches aioCloud and aioPro, enabling Providers to offer a branded OTT experience in 24 hours at no cost

Denver, CO — March 21, 2012 - aioTV announced today the availability of aioCloud, enabling service providers to deliver a branded OTT TV experience on multiple devices in 24 hours with no capital or on-going operational cost. aioTV also announced aioPro, enabling Providers to customize and integrate their licensed content as a logical follow on to aioCloud.

The new offerings enable Providers to immediately offer consumers a branded OTT experience with aioCloud. aioCloud aggregates freely available main stream video and special interest long form Internet video into a compelling consumer experience.

"The challenge for Providers is how to deliver persistent brand loyalty across all platforms in a market where people are consuming Internet video on connected devices and where broadband transport has become an invisible utility judged on price and availability," said Mike Earle, CEO of aioTV Inc. "What we've heard from Providers is they are not getting any credit for carrying Internet video traffic and that they are looking for a economically sound solution". "We challenged ourselves to deliver a branded solution within a day, to address Provider's key questions of where do I start? how do I start? and how do I do at no cost? aioCloud is the answer".

aioPro is the next step from aioCloud, giving access to powerful back office tools allowing Providers to integrate content, customize the experience and tailor the offerings.

Providers can get into the branded OTT market today by going to http://aiocloud.aio.tv to get their own OTT service now.

About aioTV Inc.
aioTV Inc. is the leading OTT cloud video aggregation platform serving customers worldwide. The company's flagship products aioCloud and aioPro are enabling platforms for service providers, consumer electronics manufactures and media companies designed to curate multiple sources of video content into a TV like experience for customers to enjoy on multiple devices. aioTV aggregates long form video content from the web (OTT) and licensed content (VOD, TV Everywhere VOD, even linear channels) into a user experience that looks like TV middleware and runs on iPad, Android tablets, PC, MAC, GoogleTV, iPhone, Android phones, Android set top boxes and Amino set top boxes.

aioTV Inc.
Jim Anderson
720.440.6086
janderson@aio-tv.com | www.aio-tv.com

This entry was posted in News by aioTV. Bookmark the permalink.

**EXHIBIT**
tabbies 1

---

**Products**
aioTV

**Service Providers**
Getting Started

**Applications**
Augment versus Replace
OTT Delivery
TV Everywhere
Multi-Channel Replacement

**About Us**
About aioTV
News
Events
Download Data Sheet
Schedule a Demo

303.482.1140 - info@aio-tv.com

aioTV Inc (USA):
20234 East Lake Circle
Centennial, CO
80016

aioTV (Canada):
1715 Argyle Street, Suite 510
Halifax, Nova Scotia
B3J 3N6 Canada

© Copyright 2012. All rights reserved. info@aio-tv.com                 About Us   Contact Us