**From:** Dannehl, Matt (Matt) [mailto:matt.dannehl@alcatel-lucent.com]
**Sent:** Friday, May 10, 2013 7:39 AM
**To:** Mike Earle; Chuck Correll
**Subject:** branching out ?

**AT&T launches new prepaid service under 'Aio Wireless' brand.**
AT&T Mobility launched a new prepaid brand, Aio Wireless, promising a simplified, no-contract experience and opening up a new front in the prepaid battle with Verizon Wireless, Sprint Nextel and T-Mobile US.
*Fierce Wireless, May 9 2013 5:10PM*

Mike and Chuck
I am assuming this is not connected to AIO and AT&T somehow has copied your name, but with adding "wireless" avoids a lawsuit ?

Hope everything is going well and I hope to wrap up a new path I am pursuing within the next couple weeks and we can touch base on prospects.

Thanks,
Matt



EXHIBIT 5
tabbies