

# FIERCEONLINEVIDEO PRESENTS
## CONNECTED TVS: executive breakfast
### OPPORTUNITY & UNANSWERED QUESTIONS ABOUT THE FUTURE

**04.17.12 | 7:00 – 8:45 AM | RENAISSANCE LAS VEGAS HOTEL**

**SPONSORED BY**

*Gold Sponsor*
 kitdigital

*Silver Sponsors*

 NDS

**HOSTED BY**

FierceVIDEO ONLINE
THE WORLD OF ONLINE VIDEO

Connected TVs will provide service providers, advertisers and content owners deeper analytics that those that are available now. They've helped to create a new outlet for developers whose apps are finding easier entry into consumers' homes through the television set.

And, as this year's CES demonstrated, they look to be one of the hottest CE devices coming to market. In fact, new research from The Diffusion Group suggests that 78 percent of new TV buyers are likely to purchase connected TVs.

FierceOnlineVideo Editor, Jim O'Neill hosted an exclusive executive breakfast at NAB and sat down with top industry executives from Turner Broadcasting, Fox Broadcasting, Google TV, UFC, AT&T, and KIT Digital to discuss the questions that have been left unanswered. Some of the topics discussed include:

- Will there be set-top boxes in the future?
- Will content go directly to consumers over the top, relegating service providers to the role of big pipes? Or will SPs find a way to maintain their customer relationship?
- Will sports programming, which has been a fatted cow for service providers and broadcasters alike, join the revolution and deliver their product directly to viewers for a fee?
- Will CE manufacturers, content owners or some other segment benefit the most from the estimated 138 million connected TVs expected to ship in 2015?

The unique format of the event provided attendees with an opportunity chance to hear what top industry executives really had to say in an uncensored environment.

If you are interested in future Fierce events, please check our website.

## SPEAKERS


**Don Lobaido**,
VP Advanced Video,
Turner Broadcasting


**Hardie Tankersley**,
VP, Innovation,
Fox Broadcasting


**Irv Kalick**,
Principal, Business
Development Group,
Google TV


**Christy Kimp**,
VP Digital
Technology Research
& Development
Ultimate Fighting
Championships


**GW Shaw**,
Assistant VP
of U-verse, AT&T


**Alex Blum**,
Chief Operating
Officer, KIT Digital


**Jim O'Neill**,
Editor,
FierceOnlineVideo

EXHIBIT 6