IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

aioTV Inc.,

    Plaintiff,

v.

Aio Wireless, LLC,

    Defendant

---

## DISCLOSURE STATEMENT

---

Pursuant to D.C.Colo.LCivR 7.4, Plaintiff submits the following disclosure statement identifying all its parent entities and listing any publicly held entity that owns ten percent or more of its stock.

Plaintiff aioTV Inc. is not a publicly-held entity, nor does it have a parent entity. Plaintiff is owned by multiple shareholders, one of which, UTStarcom Hong Kong Investment Holding Ltd. owns Series B Preferred shares in Plaintiff, comprising more than 10% of Plaintiff's stock. UTStarcom Hong Kong Investment Holding Ltd. is a wholly-owned subsidiary of UTStarcom Holdings Corp., which is a publicly held entity.

In addition, Province of Nova Scotia Nova Scotia Innovation Corporation owns Series A Preferred shares in Plaintiff, comprising more than 10% of

{JK00487754.1 }

Plaintiff's stock. Province of Nova Scotia Nova Scotia Innovation Corporation is wholly owned by the Province of Nova Scotia, Canada, pursuant to the Innovation Corporation Act 1995.

Dated: June 11, 2013.

s/ [signature]
Edward T. Lyons, Jr.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600
Fax (303) 573-8133
elyons@joneskeller.com
Attorney for Plaintiff

{JK00487754.1 }

2