# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

aioTV Inc.,

      Plaintiff,

v.

Aio Wireless, LLC,

      Defendant

---

## NOTICE OF RELATED CASE

---

Pursuant to D.C.Colo.LCivR 7.5, Plaintiff submits this notice identifying the following related case:

> Civil Action 13-cv-1901, United States District Court, Northern District of Georgia, Atlanta Division, entitled *AT&T Intellectual Property II, L.P., and AIO Wireless LLC v. aioTV Inc.*, filed June 6, 2013.

Dated: June 11, 2013.

s/ _____
Edward T. Lyons, Jr.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
(303) 573-1600
Fax (303) 573-8133
Email: elyons@joneskeller.com
Attorneys for Plaintiff

{JK00487770.1 }