# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Colorado

Case Number: 13CV01493

Plaintiff:
**aioTV, Inc**

vs.

Defendant:
**Aio Wireless, LLC**

For:
EDWARD LYONS
JONES & KELLER, PC
1999 BROADWAY
SUITE 3150
DENVER, CO 80202

Received by Hibernia, Inc. to be served on **THE CORPORATION COMPANY AS REGISTERED AGENT FOR AIO WIRELESS LLC, 1675 BROADWAY, STE 1200, DENVER, Denver County, CO 80202.**

I, AMANDA DOUGHERTY, being duly sworn, depose and say that on the **12th day of June, 2013** at **2:28 pm**, I:

Served **THE CORPORATION COMPANY AS REGISTERED AGENT FOR AIO WIRELESS LLC** by delivering the **SUMMONS; CIVIL CASE COVER SHEET; VERIFIED COMPLAINT AND JURY DEMAND WITH EXHIBITS** in accordance with **C.R.C.P. RULE 4 (e) (4)**, to: **EMILY BARNHARD** as **ADMINISTRATIVE ASSISTANT**, for **THE CORPORATION COMPANY AS REGISTERED AGENT FOR AIO WIRELESS LLC** at the address of: **1675 BROADWAY, STE 1200, DENVER, Denver County, CO 80202.**

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me in the county of Jefferson, State of Colorado on the 13th day of June, 2013

NOTARY PUBLIC

CLIVE MULVIHILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034039098
MY COMMISSION EXPIRES NOV. 17, 2015

AMANDA DOUGHERTY
Process Server

Hibernia, Inc.
1746 Cole Blvd., Ste 225
Golden, CO 80401
(303) 996-0641

Our Job Serial Number: HBI-2013001523
Ref: AIOTV

*2013001523*

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i