IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

          Plaintiff,

v.

Aio Wireless LLC,

          Defendant.

---

**NOTICE OF APPEARANCE**

---

To the Clerk of the Court and All Parties of Record:

    Please enter my appearance for Aio Wireless LLC, in the above-captioned matter.

    I hereby certify that I am a member in good standing of the bar of this Court.

Respectfully submitted,

Dated:  June 14, 2013

_____
Darren W. Saunders, Esq.

Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:    (212) 790-4500
Facsimile:     (212) 790-4545
Email: dsaunders@manatt.com

*Of Counsel*:

Linda A. Goldstein, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:    (212) 790-4500
Facsimile:     (212) 790-4545
Email: lgoldstein@manatt.com

Chad S. Hummel, Esq.
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone:    (310) 312-4000
Facsimile:     (310) 312-4224
Email: chummel@manatt.com

**Attorneys for Defendant**
Aio Wireless LLC