# EXHIBIT A

# JONES & KELLER
## ──── ATTORNEYS AT LAW ────

BRAD H. HAMILTON                                            BHAMILTON@JONESKELLER.COM

May 13, 2013

AT&T Intellectual Property II, L.P.
645 East Plumb Lane
Reno, Nevada 89502

C/O

David J. Cho
AT&T Services, Inc.
208 S. Akard St.
Dallas, TX 75202-4206

Via Email: david.cho@att.com

Dear Mr. Cho:

    Re: aioTV Inc.'s "AIO" Trademarks

    We represent aioTV, Inc. ("**AIO**") owner of the "aio", "aioTV," "aio pro," "aio basic,"
"aio cloud," and related trademarks and service marks. AIO has been conducting business
throughout North America using the "aio", "aioTV", "MYaio" and similar marks since at least
early 2010, in the IPTV and wireless data business.

    A few days ago, AT&T launched "aio wireless", using the "aio" mark in a confusingly
similar line of business, and in a manner that is clearly confusing to AIO's brand and trademark
rights. AT&T is well aware of my client's "aio" mark. AIO began offering its services under the
"aio" brand in early 2010, and did an industry launch at the 2010 TelcoTV convention, where
AT&T had a substantial presence and Steven Wright, Chair, IPTV Interoperability Forum ATIS,
AT&T Network Architecture was a key note speaker on "IPTV Innovation, Investment,
Standards and Interoperability." AIO demonstrated its services to Tom Sauer and Jeff Weber of
AT&T in 2010, and had ongoing discussions with Tom Sauer in 2010. AIO executives have
shared panels with AT&T executives at various industry events such as TelcoTV.

    AIO's brand and service offerings have ranked high on the first page of Google® and
other Internet search engines for two years; prior to AT&T's "aio wireless" launch, an Internet
search for "aio" always returned my client as the top result. I assume that AT&T conducted a
trademark search through Thomson Reuters or another service before filing USPTO applications
Nos. 85773612, 85738188, 85718159, & 85773608 for various "aio" marks, which would have
notified you of AIO's rights in the "aio" marks.

JONES & KELLER, P.C.   1999 BROADWAY, SUITE 3150   DENVER, COLORADO 80202
P: 303 573 1600   F: 303 573 8133   WWW.JONESKELLER.COM

AT&T/David Cho
May 13, 2013
Page **2** of **2**

Moreover, AT&T has launched a website at www.aiowireless.com that copies the look and feel of AIO's website (prior to a recent change). See Attachment 1.

AT&T has also launched "My AIO," while AIO has been using the "MYaio" mark for a couple of years. See Attachment 2. It appears that AT&T is also launching a number of services under the "aio" brand "Aio Pro," "Aio Smart," and "Aio Basic." My client already uses "aioTV," "aioCLOUD," "aioPRO," and "aioBASIC." See Attachment 3. Naturally, this will cause severe consumer confusion.

Since our clients are sophisticated and represented by counsel I will dispense with the usual case and statute citations and other "cease and desist" form-letter demands. However, it is probably a requirement that I request, on behalf of aioTV Inc., that AT&T cease and desist any further use of the "aio" mark, and notify you that AT&T's use of the identical trademark in connection with nearly the same goods and services that are offered by AIO under its "aio" marks constitutes trademark infringement, false designation of origin, and unfair competition in violation of the federal Trademark Act of 1946 (Lanham Act), 15 U.S.C. Section 1051 et seq.

I suggest AT&T counsel contact the undersigned as soon as possible so that we can understand AT&T's thinking on these marks, and see if this matter can be resolved.

Sincerely,

JONES & KELLER, P.C.

Brad H. Hamilton

Brad H. Hamilton

**JONES & KELLER**

**ATTACHMENT 1**





**ATTACHMENT 2**





**ATTACHMENT 3**





Death of the Call Center - 7 Ways Call Center Managers Can Control Their Fate.



**Aio Wireless**

120 followers  ✓ Following

Home    Products & Services    Insights



A New Way to Wireless.

**Recent Updates**

Aio Wireless added a new product: Aio Pro

2 days ago

Aio Wireless added a new product: Aio Smart

2 days ago

Aio Wireless added a new service: Aio Basic

2 days ago

Aio Wireless Say hello to Aio! A new way to wireless.   www.aiowireless.com

**How You're Connected**

   

6   second-degree connections

31  Employees on LinkedIn

See all ▶

**Products And Services**

  **Aio Smart**
Gotta share everything? Here's more-than-enough high speed data that lets you...

See all ▶



SEE 403(b) BEST PRACTICES IN OUR BENCHMARKING REPORT.

