# ATTACHMENT 2

## ATTACHMENT 3



Case 1:13-cv-01901-JOF   Document 1-2   Filed 06/06/13   Page 11 of 13





# EXHIBIT C



- Product
    - aioTV
- Service Providers
    - Getting Started
- Applications
    - Augment versus Replace
    - OTT Delivery
    - TV Everywhere
    - Multi-Channel Replacement
- About Us
    - About aioTV
    - News
    - Events
- Contact Us

← Previous

# aio TV at Wireless CTIA CONNECTIONS™ to present OTT innovation that Unifies web video, IP, and Linear Content Across Multiple Devices

Posted on **May 13, 2013**

**Live Demo at CTIA 2013 – Las Vegas**

---

**DENVER, COLORADO USA – May 13, 2013** – aioTV will be showcasing LIVE technology implementations at CTIA 2013 in Las Ve enable service providers to deliver OTT content leveraging their existing infrastructure and workflows.

"Customers are not only demanding a TV Everywhere experience, but they also want a simple way to discover, access and share cor their mobile devices" said Mike Earle, CEO at aioTV.

The aioTV platform allows service providers to quickly deliver a solution that will support new revenue and retention models.

"We are seeing tremendous response from video service providers and wireless carriers around the world... it's an 'a-ha demonstration" added Earle.

aioTV will be participating as a speaker at the upcoming CONNECTIONS™ Conference, co-located at CTIA, May 20-May 23 in participate in the session *"Search, Discovery, Recommendation: New Revenues and Experiences"* on May 22 at 3:30pm.

**Please contact Chuck Correll, VP Business Development at
303-359-3131 to see the aioTV platform LIVE**

**About aioTV**

aioTV *(pronounced "A-O TV")* is a white label video platform for licensed and unlicensed content targeted at service providers worldv multiple sources of live, on-demand and freely available video content into a unified TV experience across connected devices. The and cloud based management platform leverages existing infrastructure, billing platforms and DRM for a quick, seamless implementa

This entry was posted in News by aioTV. Bookmark the permalink.

| Products | Applications | 303.482.1140 - | |
|---|---|---|---|
| aioTV | Augment versus Replace | info@aio-tv.com | |
| | OTT Delivery | | |
| Service Providers | TV Everywhere | | |
| Getting Started | Multi-Channel Replacement | | |
| | About Us | aioTV Inc (USA): | aioTV (Canada): |
| | About aioTV | 20234 East Lake Circle | 1718 Argyle Street, Suite 810 |
| | News | Centennial, CO | Halifax, Nova Scotia |
| | Events | 80016 | B3J 3N6 Canada |
| | Download Data Sheet | | |
| | Schedule a Demo | | |

© Copyright 2012, All rights reserved. info@aio-tv.com