# EXHIBIT D


**manatt**
manatt | phelps | phillips

**Darren W Saunders**
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4600
E-mail: DSaunders@manatt.com

June 7, 2013

**VIA ELECTRONIC MAIL**
**VIA FEDERAL EXPRESS**

Brad H. Hamilton, Esq.
Jones & Keller, P.C.
1999 Broadway
Suite 3150
Denver, Colorado 80202

Re: AT&T/AIOTV, INC.

Dear Mr. Hamilton:

This is further to our telephone call of today. We wish to reiterate that AT&T is considering a potential business resolution to the matter, but in view of your May 30, 2013 letter, as well as the importance of the AIO brand name, our client determined that a judicial determination of its rights is necessary.

Accordingly, we enclose courtesy copies of the Complaint and accompanying documents filed yesterday in the United States District Court for the Northern District of Georgia. Also enclosed, as we discussed, is a Notice of a Lawsuit and Request to Waive Service of a Summons and a Waiver of the Service of Summons.

Very truly yours,

Darren W Saunders

DS:sbs

Enclosures

cc: Linda Goldstein, Esq. (via email w/enclosures)

201617120.1

7 Times Square, New York, New York 10036  Telephone: 212.790.4500  Fax: 212.790.4545

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.