# EXHIBIT E

# AFFIDAVIT OF SERVICE

| County | Court | Case # | Client |
|---|---|---|---|
| | UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT of GEORGIA | 1:13-CV-1901 | Job # |

| Plaintiff(s) | Defendant(s) |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P. | AIOTV, INC |

| Received by | For |
|---|---|
| Advanced Process Service | Nationwide Legal |

**To be served upon**
United States Corp Agents, Authorized agent for the Defendant

I, Brandon Aschenbrenner, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name & Address:**
United States Corp Agents Inc., Company: 2 North Cascade 1100, Colorado Springs, CO 80903

**Manner of Service:**
Authorized, Jun 12, 2013, 12:43 pm

**Documents:**
Summons - Complaint with Exhibits A-C - Civil Cover Sheet; and - Certificate of Interested Persons and Corporate Disclosure Statement (Received Jun 12, 2013 at 9:28am)

**Additional Comments:**
1) Successful Attempt: Jun 12, 2013, 12:43 pm at Company: 2 North Cascade 1100, Colorado Springs, CO 80903 received by Mr. Adrian Osornio, a person acting in an administrative capacity for United States Corp Agents Inc.

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

6-12-13    Sept. 28, 2016
Date        Commission Expires

Brandon Aschenbrenner    6-12-13
Date

Advanced Process Service
PO Box 301
Colorado Springs, CO 80901
719-629-7092

ANGELA ASCHENBRENNER
Notary Public
State of Colorado
Notary ID 20124041635
My Commission Expires Sep 28, 2016