IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

        Plaintiff,

v.

Aio Wireless, LLC,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that I filed the Notice Of Motion And Motion To Stay, Dismiss Or, In The Alternative, Transfer Case To The Northern District Of Georgia Pursuant To The "First-Filed Rule", Declaration of Darren W. Saunders in Support of Defendant Aio Wireless LLC's Motion to Stay, Dismiss or, in the Alternative, Transfer Case to the Northern District of Georgia Pursuant to the "First Filed Rule", Defendant Aio Wireless LLC's Memorandum of Law in Support of Motion To Stay, Dismiss Or, In The Alternative, Transfer Case To The Northern District Of Georgia Pursuant To The "First-Filed Rule", Corporate Disclosure Statement and Notice of Appearance with the CM/ECF System for the U.S. District Court for the District of Colorado , thereby effectuating service of copies of the said document upon all counsel of record via electronic means.

Dated: June 14, 2013
      New York, New York

                                              ____s/Darren W. Saunders_____
                                                 Darren W. Saunders