**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

          Plaintiff,

v.

Aio Wireless, LLC,

          Defendant.

---

**CERTIFICATE OF SERVICE**

---

     I hereby certify that I filed the annex Memorandum of Law in Support of Notice Of Motion And Motion To Stay, Dismiss Or, In The Alternative, Transfer Case To The Northern District Of Georgia Pursuant To The "First-Filed Rule" with the CM/ECF System for the U.S. District Court for the District of Colorado , thereby effectuating service of copies of the said document upon all counsel of record via electronic means.

Dated:  June 14, 2013
     New York, New York

                                    s/Darren W. Saunders

                                    Darren W. Saunders