IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

          Plaintiff,

v.

Aio Wireless LLC,

          Defendant.

## CORPORATE DISCLOSURE STATEMENT

     Pursuant to D.C.Colo.LCivR 7.4, Defendant submits the following disclosure statement identifying all its parent entities and listing any publicly held entity that owns ten percent or more of its stock.

     AIO WIRELESS LLC is owned by AT&T Mobility II LLC, which is owned by AT&T Mobility LLC, Centennial Communications Corp., New Cingular Wireless Services, Inc. and BellSouth Mobile Data, Inc.

     None of the companies listed above is a publicly traded company. All of the companies listed above are subsidiaries of AT&T Inc. AT&T Inc. is a publicly traded company, and there is no one person or group that owns 10% or more of the stock of AT&T, Inc.

Dated: June 14, 2013

Respectfully submitted,

*[signature]*

Darren W. Saunders, Esq.

Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:   (212) 790-4500
Facsimile:   (212) 790-4545
Email: dsaunders@manatt.com

*Of Counsel*:

Linda A. Goldstein, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:   (212) 790-4500
Facsimile:   (212) 790-4545
Email: lgoldstein@manatt.com

Chad S. Hummel, Esq.
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224
Email: chummel@manatt.com

**Attorneys for Defendant**
Aio Wireless LLC