IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

                Plaintiff,

v.

Aio Wireless LLC,

                Defendant.

## NOTICE OF MOTION AND MOTION TO STAY, DISMISS OR , IN THE ALTERNATIVE, TRANSFER CASE TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO THE "FIRST-FILED RULE"

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, Defendant Aio Wireless LLC ("Aio Wireless") will be and hereby does respectfully move to stay, dismiss, or in the alternative, transfer the case to the Northern District of Georgia, pursuant to the "first-filed rule." Aio Wireless' Motion is brought pursuant to the inherent power of the Court to stay a second-filed action pending the conclusion of the first-filed action in the Northern District of Georgia.

Pursuant to D.C. COLO.LCivR 7.1A the parties have met and conferred on the motion. Aio Wireless' counsel requested that aioTV, Inc. ("aioTV") agree to stay, dismiss or in the alternative transfer this action to the Northern District of Georgia, but aioTV has stated that it will not agree to such and that it will oppose Aio Wireless' motion.

Pursuant to DCOLO.LCivR 7.1G a motion may be decided on the papers unless oral argument, at the Court's discretion is ordered. Aio Wireless respectfully requests oral argument on the motion.

Aio Wireless's motion is based on this Notice of Motion, the attached Memorandum of Law in Support of Motion To Stay, Dismiss Or, In The Alternative, Transfer Case To The Northern District Of Georgia Pursuant To The "First-Filed Rule", Declaration of Darren W. Saunders, and any reply and supporting papers, and such other materials as the Court may consider.

Respectfully submitted,

Dated:  June 17, 2013

_____
Darren W. Saunders, Esq.

Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:     (212) 790-4500
Facsimile:      (212) 790-4545
Email: dsaunders@manatt.com

*Of Counsel*:

Linda A. Goldstein, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:     (212) 790-4500
Facsimile:      (212) 790-4545
Email: lgoldstein@manatt.com

Chad S. Hummel, Esq.
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224
Email: chummel@manatt.com

**Attorneys for Defendant**
Aio Wireless LLC