# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

        Plaintiff,

v.

Aio Wireless LLC,

        Defendant.

## [PROPOSED] ORDER GRANTING
## MOTION TO STAY, DISMISS OR , IN THE ALTERNATIVE, TRANSFER CASE TO THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO THE "FIRST-FILED RULE"

      THIS MATTER, having come before the Court on Defendant's Motion to Stay, Dismiss or, in the Alternative, Transfer Case to the Northern District of Georgia Pursuant to the "First-Filed Rule", and the Court having reviewed the Motion and supporting papers, the Response and Reply thereto and the parties arguments presented on the Motion, the Motion is hereby **GRANTED**.

      [a] This action is hereby **STAYED** pending final disposition of the Civil Action No. 13-cv-1901, in the Northern District of Georgia, Atlanta Division.

      [b] This action is hereby **DISMISSED** with prejudice pursuant to the "First-Filed Rule" and in view of Civil Action No. 13-cv-1901, pending in the Northern District of Georgia, Atlanta Division, filed on June 6, 2013.

      [c] This action is hereby **TRANSFERRED** to the Northern District of Georgia, Atlanta Division for consideration and disposition by that Court.

                                                    BY THE COURT:

_____ \_\_\_, 2013              _____
                                                    HON. PHILIP A. BRIMMER, U.S.D.J.