IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

        Plaintiff,

v.

Aio Wireless, LLC,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that I filed the Notice Of Motion And Motion To Stay, Dismiss Or, In The Alternative, Transfer Case To The Northern District Of Georgia Pursuant To The "First-Filed Rule", Declaration of Darren W. Saunders in Support of Defendant Aio Wireless LLC's Motion to Stay, Dismiss or, in the Alternative, Transfer Case to the Northern District of Georgia Pursuant to the "First Filed Rule", Defendant Aio Wireless LLC's Memorandum of Law in Support of  Motion To Stay, Dismiss Or, In The Alternative, Transfer Case To The Northern District Of Georgia Pursuant To The "First-Filed Rule", and Proposed Order with the CM/ECF System for the U.S. District Court for the District of Colorado, thereby effectuating service of copies of the said document upon all counsel of record via electronic means.

Dated:  June 17, 2013
        New York, New York

                                      ____s/Darren W. Saunders_____
                                        Darren W. Saunders