IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

    Plaintiff,

v.

Aio Wireless, LLC,

    Defendant

---

ENTRY OF APPEARANCE OF DANIEL A. WARTELL AND
AARON D. GOLDHAMER

---

PLEASE TAKE NOTICE that Daniel A. Wartell and Aaron D. Goldhamer of the law firm of Jones & Keller, P.C., hereby enter their appearance in this action on behalf of Plaintiff, aioTV Inc.

Respectfully submitted this 18th day of June, 2013.

    s/ Daniel A. Wartell
    Daniel A. Wartell

    s/ Aaron D. Goldhamer
    Aaron D. Goldhamer
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80202
    (303) 573-1600
    Fax (303) 573-8133
    dwartell@joneskeller.com
    agoldhamer@joneskeller.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2013, I electronically filed the foregoing **ENTRY OF APPEARANCE OF DANIEL A. WARTELL AND AARON D. GOLDHAMER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Linda Goldstein, Esq. (lgoldstein@manatt.com)
    Darren W. Saunders, Esq. (dsaunders@manatt.com)
    Chad S. Hummel, Esq. (chummel@manatt.com)

                        *s/ Nicole N. Chapman*