IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

    Plaintiff,

v.

Aio Wireless, LLC,

    Defendant

---

NOTICE OF MOTION TO DISMISS
FILED IN THE NORTHERN DISTRICT OF GEORGIA

---

**NOTICE IS HEREBY GIVEN** by Plaintiff aioTV Inc. ("aioTV"), by and through its undersigned counsel, that on July 3, 2013, aioTV filed a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(2) and (b)(3) or, Alternatively, Motion to Transfer Venue Pursuant To 28 U.S.C. § 1404(a) (henceforth, "Motion") in a case related to this action in the Northern District of Georgia. The Motion and accompanying memorandum of law in support thereof are attached hereto as Exhibits A and B, respectively.

{JK00493515.1 }

DATED: July 3, 2013

                        Respectfully submitted,

                        <u>s/Edward T. Lyons, Jr.</u>
                        Edward T. Lyons, Jr.
                        JONES & KELLER, P.C.
                        1999 Broadway, Suite 3150
                        Denver, CO 80202
                        Telephone: (303) 573-1600
                        Fax (303) 573-8133
                        Email: <u>elyons@joneskeller.com</u>

## CERTIFICATE OF SERVICE

This is to certify that on July 3, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record as follows:

>James T. Thompson (Jt039@att.com)
>Darren W. Saunders, Esq. (dsaunders@manatt.com)
>Linda Goldstein, Esq. (lgoldstein@manatt.com)
>Chad S. Hummel, Esq. (chummel@manatt.com)
>William H. Brewster, Esq. (bbrewster@kiltown.cm)

>>s/ Renae Mesch
>>Renae Mesch