IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

    Plaintiff,

v.

Aio Wireless, LLC,

    Defendant

## JOINT MOTION AND STIPULATION FOR ENTRY OF ORDER TEMPORARILY STAYING CASE

Plaintiff aioTV Inc. ("AioTV") and Defendant Aio Wireless, LLC ("Aio Wireless"), by and through their respective attorneys of record, hereby jointly move and stipulate that this Court may enter an order temporarily staying this case as provided below. As good cause for the requested relief, the parties state and stipulate as follows.

1. On June 6, 2013, Aio Wireless filed an action in United States District Court for the Northern District of Georgia, Civil Action No. 1: 13-CV-1901, seeking a declaratory judgment that Aio Wireless is not infringing any AioTV trademark and that AioTV is not entitled to relief under Sec. 43(a) of the Lanham

{JK00493497.1 }

Act. (Doc. 15) A copy of the complaint in the Georgia case is attached as Exhibit C (Doc. 16-3) to the Declaration of Darren W. Saunders (Doc. 16) filed with Aio Wireless' motion to dismiss or transfer the present case to the Georgia court. (Doc. 15) AioTV was served with a summons in that case upon its registered agent for service of process in Colorado on June 12, 2013.

2. AioTV commenced the present action by filing a verified complaint in this Court on June 11, 2013, alleging claims for trademark infringement under Sec. 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), together with claims for unfair competition, trademark disparagement, deceptive trade practices, and unjust enrichment under Colorado law. (Doc. 1) A summons was served upon Aio Wireless' registered agent for service of process in Colorado on June 12, 2013. (Doc. 9)

3. On June 17, 2013, Aio Wireless filed a motion in this Court to stay, dismiss or, in the alternative, transfer the present case to the Northern District of Georgia pursuant to the "first-filed" rule. Also, on June 19, 2013, Aio Wireless filed a motion in the Georgia action to enjoin AioTV from prosecuting this case.

4. On July 3, 2013, AioTV filed a motion in the Georgia case to dismiss the action for lack of personal jurisdiction and improper venue or, in the alternative, to transfer that case to this Court. See Notice of Motion to Dismiss

filed in the Northern District of Georgia. (Doc. 19)

5.  Because the two cases substantially overlap and in recognition of the first-filed rule followed by the Tenth and Eleventh Circuits, *see Cessna Aircraft Co. v. Brown,* 348 F.2d 689, 692 (10th Cir. 1965), and to avoid unnecessary expense and conserve judicial resources, the parties request that this Court enter an order staying the present case until the district court in Georgia decides AioTV's motion to dismiss or transfer the case pending there that will determine where the dispute between these parties will proceed.

6.  If the requested stay is granted, the parties will promptly notify this Court and file a copy when the district court in Georgia enters orders on the pending motions that would either allow the present case to proceed or transfer it to the Northern District of Georgia.

7.  A proposed order is submitted herewith.

DATED: July 3, 2013

Respectfully submitted,

s/ Edward T. Lyons, Jr.
Edward T. Lyons, Jr.
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
(continued)

s Darren W. Saunders
Darren W. Saunders
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
(continued)

{JK00493497.1 }

3

Telephone: (303) 573-1600  
Fax (303) 573-8133  
Email: elyons@joneskeller.com

Telephone: (212) 790-4500  
Fax: (212) 790-4545  
Email: dsaunders@manatt.com

309456940.1

{JK00493497.1 }

4