IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

    Plaintiff,

v.

Aio Wireless, LLC,

    Defendant

---

ORDER TEMPORARILY STAYING ACTION

---

THIS MATTER having come before the Court on the Joint Motion and Stipulation for Entry of Order filed by the parties, and the Court being fully informed in the premises, and good cause appearing therefor,

IT IS ORDERED that the present action is hereby STAYED until further order of this Court, to allow the U.S. District Court for the Northern District of Georgia, Atlanta Division, to enter an order in Civil Action No. 1: 13-CV-1901 now pending in that court, which determines the motion filed by aioTV Inc. on July 3, 2013 to dismiss that case for lack of personal jurisdiction and improper venue or, in the alternative, to transfer that case to this Court.

{JK00492385.1 }

IT IS FURTHER ORDERED, that the parties in the present action shall promptly notify this Court and file a copy when the District Court in Georgia enters an order that determines the said motion to dismiss or transfer, at which time this Court will vacate the stay and, consistent with the order of the Georgia court, enter an appropriate order either allowing the present case to proceed or transferring it to the Northern District of Georgia.

DATED: _____

BY THE COURT:

_____
Phillip A. Brimmer
United States District Judge