IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

    Plaintiff,

v.

Aio Wireless, LLC,

    Defendant.

---

## STIPULATION AND JOINT MOTION TO DISMISS CASE
---

The parties herein, Plaintiff aioTV Inc., and Defendant Aio Wireless, LLC, by and through their respective attorneys of record, hereby stipulate and advise the Court that they have settled and resolved the matters in controversy in this action and, therefore, jointly move the Court to dismiss this administratively closed case without prejudice, with each party to bear their own costs of suit and attorney fees.

DATED:  September 16, 2014

    Respectfully submitted,

    s/ Edward T. Lyons, Jr.
    Edward T. Lyons, Jr.
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80202
    Telephone: (303) 573-1600
    Fax (303) 573-8133
    Email: elyons@joneskeller.com

*Attorney for Plaintiff*
[Signatures Continue]

--and--

*/s/ Eric B. Liebman*
**Moye White LLP**
Eric B. Liebman, #27051
Charles F. Luce, #11385
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202
Telephone:  (303) 292-2900
Facsimile:   (303) 292-4510
eric.liebman@moyewhite.com
charles.luce@moyewhite.com

*Local Counsel for Defendant*

s/ *Chad S. Hummel*
Chad S. Hummel
**Manatt, Phelps & Phillips, LLP**
11355 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 312-4197
Facsimile: (310) 312-4224
chummel@manatt.com

*Lead Counsel for Defendant*[1]

---

[1] Membership to the Bar of the United States District Court for the District of Colorado is pending.

{JK00617136.1 }2