IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV Inc.,

      Plaintiff,

v.

Aio Wireless, LLC,

      Defendant

## ORDER GRANTING JOINT MOTION TO DISMISS CASE

THIS MATTER having come before the Court on the parties' Stipulation and Joint Motion to Dismiss Case without prejudice, with each party to bear their own costs of suit and attorney fees (the "Joint Motion"), and good cause appearing therefor;

**IT IS ORDERED** that the Joint Motion is **GRANTED** and this administratively closed case is **DISMISSED** without prejudice, with each party to bear their own costs of suit and attorney fees.

DATED: September ___, 2014

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

{JK00617141.1 }