IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01493-PAB-KLM

aioTV INC.,

    Plaintiff,

v.

Aio WIRELESS, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Stipulation and Joint Motion to Dismiss Case [Docket No. 24], in which the parties request that this administratively closed case be dismissed without prejudice. It is

    **ORDERED** that the Joint Motion to Dismiss Case [Docket No. 24] is granted. It is further

    **ORDERED** that this case is DISMISSED without prejudice, with each party to bear its own attorney's fees and costs.

    DATED September 17, 2014.